IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| JODI BLATT, | : | CIVIL ACTION NO. 1:16-CV-128 |
| --- | --- | --- |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security,[1] | : | |
| Defendant | : | |

# ORDER

AND NOW, this 27th day of June, 2017, upon consideration of the report (Doc. 17) of Magistrate Judge Gerald B. Cohn, recommending that the court deny the appeal of Jodi Blatt ("Blatt") from the decision of the administrative law judge denying her application for child's insurance benefits and supplemental security income, and the court noting that Blatt filed objections (Doc. 18) to the report, and the Commissioner of Social Security ("Commissioner") filed a response (Doc. 19) thereto, and, following a *de novo* review of the contested portions of the report, see Behar v. Pa. Dep't of Transp., 791 F. Supp. 2d 383, 389 (M.D. Pa. 2011) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n.3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(C)), and applying a clear error standard of review to the uncontested portions, see Cruz

---

[1] Carolyn W. Colvin ("Colvin") was Acting Commissioner of Social Security when the instant action was filed against her in her official capacity. On January 23, 2017, Nancy A. Berryhill succeeded Colvin as Acting Commissioner. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted as the defendant in this action. See FED. R. CIV. P. 25(d).

v. Chater, 990 F. Supp. 375, 376-78 (M.D. Pa. 1999), the court being in agreement with Judge Cohn that the decision of the administrative law judge is "supported by substantial evidence," 42 U.S.C. § 405(g); Fargnoli v. Massanari, 247 F.3d 34, 38 (3d Cir. 2001), and finding Judge Cohn's analysis to be thorough, well-reasoned, and fully supported by the record, and further finding Blatt's objections to be without merit and squarely addressed by the report, it is hereby ORDERED that:

1. The report (Doc. 17) of Magistrate Judge Cohn is ADOPTED.

2. The decision of the Commissioner of Social Security ("Commissioner") denying the application for child's insurance benefits and supplemental security income of Jodi Blatt ("Blatt") is AFFIRMED.

3. The Clerk of Court shall enter judgment in favor of the Commissioner and against Blatt as set forth in paragraph 2.

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania